UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO R. RUBANG, JR., | No. 2:18-cv-02349 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| US BANK TRUST, NA, | |
| Defendants. | |

Plaintiff was pro se in this closed case, and accordingly the action was referred to the undersigned pursuant to Local Rule 302(c)(21). On September 10, 2021, plaintiff filed a notice regarding motion to compel, the contents of which are directed to the Ninth Circuit. ECF No. 34. Plaintiff's case was closed on April 18, 2019 (ECF NO. 27), and the Ninth Circuit dismissed his appeal and issued its mandate on February 20, 2020 (ECF No. 32). Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's notice at ECF No. 34 will, accordingly, not be considered.

DATED: September 16, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1